

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-13-00885-CV

**IN RE** Gary A. **CAMPBELL**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10935
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On February 21, 2014, we notified Appellant Gary A. Campbell that his hand-written, one-page brief did not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We struck Appellant's brief and ordered him to file an amended brief. On March 3, 2014, Appellant timely filed an amended brief which is sufficient to satisfy our order. *See* TEX. R. APP. P. 38.9.

Appellee's brief is due to be filed with this court on April 2, 2014. *See id.* R. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court